and religion, and between religion and nonreligion." *Epperson v. State of Ark.*, 393 U.S. 97, 104, 89 S.Ct. 266, 21 L.Ed.2d 228 (1968). We agree with the Court of Federal Claims that an actionable claim has not been presented.

No costs.

**AFFIRMED**

**JUDGMENT**

Per Curiam (Moore, Taranto, and Hughes, Circuit Judges).

THIS CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**

**CAPITAL DYNAMICS, Appellant**

v.

**CAMBRIDGE ASSOCIATES, LLC, Appellee**

2016-1318

United States Court of Appeals, Federal Circuit.

September 9, 2016

EDMOND R. BANNON, Fish & Richardson, P.C., New York, NY, argued for appellant. Also represented by JONATHAN A. MARSHALL.

DALILA ARGAEZ WENDLANDT, Ropes & Gray LLP, Boston, MA, argued for appellee. Also represented by JON STEVEN BAUGHMAN, JORDAN ROSSEN, DARRELL STARK, Washington, DC.

**LaRay J. BENTON, Petitioner**

v.

**MERIT SYSTEMS PROTECTION BOARD, Respondent**

**Nuclear Regulatory Commission, Intervenor**

2015–3004

United States Court of Appeals, Federal Circuit.

Decided: September 12, 2016

LARAY J. BENTON, Mitchellville, MD, pro se.

KATHERINE MICHELLE SMITH, Office of the General Counsel, Merit Systems Protection Board, Washington, DC, for respondent. Also represented by BRYAN G. POLISUK.

JESSICA COLE, Commercial Litigation Branch, Civil Division, United States Department of Justice, Washington, DC, for intervenor. Also represented by BENJAMIN